UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDERSON DE MELO DAMASIO,<br><br>                               Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>                               Respondents. | Case No.:  26-cv-2404-JO-BLM<br><br>**ORDER GRANTING THE AMENDED PETITION FOR WRIT OF HABEAS CORPUS [DKT. 9]** |

For the reasons stated at Dkt. 14, the Court GRANTS the amended habeas petition [Dkt. 9] and ORDERS as follows:

1. Respondents are ORDERED to transport Petitioner back to his home state of Massachusetts and to release him by 11:59 p.m. on May 14, 2026.  Respondents shall file an affidavit attesting to Petitioner's release in Massachusetts by 5 p.m. on the following business day.

2. The Court ENJOINS Respondents from redetaining Petitioner during the pendency of his removal proceedings without first providing individualized bond hearing before a neutral immigration judge where the government bears

1

26-cv-2404-JO-BLM

the burden of proving by clear and convincing evidence that Petitioner is a danger to the community or such a flight risk that no amount of bond or alternative conditions of release "would suffice to ensure his future appearance." *Hernandez v. Sessions*, 872 F.3d 976, 983 (9th Cir. 2017); *see id.* at 990–91 n.18; *see also Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011). In setting the amount of bond, the immigration judge must consider Petitioner's financial circumstances and alternative conditions of release as set forth in *Hernandez*, 872 F.3d at 990–91. The immigration judge shall not deny bond on the basis that (i) 8 U.S.C. § 1225(b) requires or authorizes mandatory detention; or (ii) BIA precedent deprives the immigration judge of jurisdiction to decide bond. <u>The bond hearing shall be transcribed</u>.

3.  Respondents shall file a declaration attesting to full compliance with these obligations. Respondents are ENJOINED from redetaining Petitioner **until 48 hours after** filing the declaration.

4.  The May 14, 2026 hearing is VACATED.

5.  The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____
Honorable Jinsook Ohta
United States District Judge

2

26-cv-2404-JO-BLM